# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) |
| Elaine Anderson | ) Case No. 13-cr-00183-JLK |
| *Defendant's name and address* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | Alfred A. Arraj United States Courthouse<br>901 - 19th Street<br>Denver, Colorado 80294 | Courtroom No.: A401 |
|---|---|---|
| | | Date and Time: 05/28/2013 2:00 pm |

This offense is briefly described as follows:

18 U.S.C. § 922(a)(6) - False Statement to Firearms Dealer
Prior to court appearance, defendant shall report to probation at 9:00 a.m., 1929 Stout Street, Denver, CO and the U.S. Marshal's Service; 901 19th Street, Denver, CO at 10:00 a.m.

Date: 05/06/2013

s/ S. Grimm, Deputy Clerk
*Issuing officer's signature*

Jeffrey P. Colwell, Clerk
*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: _____

*Server's signature*

*Printed name and title*

Remarks: