## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Mary George<br>Probation Officer: Justine Kozak | Date: November 14, 2013 |

Criminal Action No.: 13-cr-00183-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | David M. Conner |
| Plaintiff, | |
| v. | |
| ELAINE ANDERSON, | Peter M. Bornstein |
| Defendant. | |

### SENTENCING MINUTES

**2:06 p.m.   Court in session.**

Court calls case.  Counsel present.  Defendant present on bond.

**Change of Plea Hearing:   August 22, 2013.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:   Government's Motion Regarding Acceptance Of Responsibility (Filed 10/30/13; Doc. No. 24) is DENIED as MOOT.**

*13-cr-00183-JLK*
*Sentencing*
*November 14, 2013*

**ORDERED:   Motion To Dismiss (Filed 10/30/13; Doc. No. 25) is GRANTED.**

**ORDERED:   Motion For Downward Departure Pursuant To §5K1.1 Of The Sentenicing [sic] Guidelines (Filed 10/30/13; Doc. No. 26) is DENIED as MOOT.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
Defendant is sentenced as to **Count One** to probation for a term of **4 years.**

**Conditions and Special Conditions of Probation imposed as stated on the record.**

**ORDERED:**  Bond is discharged.

**2:36 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 30 minutes.