IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE JOHN L. KANE

Criminal Action No.   13-cr-00183-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELAINE ANDERSON,

    Defendant.

---

ORDER EXONERATING BOND

---

Kane, J.

Finding that all of the conditions of the 18 U.S.C. § 3142(c) appearance bond imposed by the Court as a pretrial matter having been satisfied, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 25th day of November, 2013.

                                          **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE