IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00183-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ELAINE ANDERSON,

        Defendant.

---

## ORDER CONTINUING PROBATION AND
## MODIFYING THE CONDITIONS OF PROBATION

---

THIS MATTER was before the Court for a probation violation hearing on November 25, 2014, upon report of the probation officer that the defendant has violated the terms and conditions of her probation. The defendant admits to violations 1 through 7, as alleged in the probation officer's petition.

THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the Probation Office, finds the defendant guilty of the violations as alleged. It is

ORDERED that the defendant is remanded to the custody of the United States Marshals Service until December 2, 2014. It is

FURTHER ORDERED that the defendant's term of probation is continued with all previously imposed conditions remaining in full force and effect and an additional condition requiring the defendant to reside in a residential reentry center for a period up to six months is also imposed. The defendant shall observe the rules of that facility.

DATED at Denver, Colorado, this __25th_ day of November, 2014.

BY THE COURT:

**s/John L. Kane**
JOHN L. KANE
Senior United States District Judge

_____