IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 13-cr-183-JLK

UNITED STATES OF AMERICA

    Plaintiff,

v.

ELAINE ANDERSON,
    a.k.a. Elaine Merlynn Anderson,

    Defendant.

## ORDER

Kane, J.

The defendant, Elaine Anderson, has died during the pendency of the undischarged portion of her sentence. Accordingly, it is ORDERED that the any further proceedings against Ms. Anderson are abated and her probationary sentence is terminated.

Dated: March 4, 2015            BY THE COURT:

                                                **/s/John L. Kane**
                                                Senior U.S. District Judge